UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY R. ROBINSON, | Case No. 16-cv-13691 |
| Plaintiff, | UNITED STATES DISTRICT COURT JUDGE GERSHWIN A. DRAIN |
| v. | |
| EDWARD RODARTE, ET AL., | UNITED STATES MAGISTRATE JUDGE PATRICIA T. MORRIS |
| Defendant. | |
| _____/ | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION [38] AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF [36]

Plaintiff Timothy Robinson commenced this action on October 14, 2016, and in his initial Complaint, he raised several claims against numerous Defendants. Dkt. No. 1. The Court on March 15, 2017 granted the Defendants' Motion to Sever the claims asserted. *See* Dkt. No. 25. Accordingly, the only remaining claim is "that the St. Louis Correctional Facility Mailroom Staff unlawfully opened Plaintiff's legal mail." *See id.* at p. 2 (Pg. ID 122).

Robinson filed a Motion for Injunctive Relief on September 29, 2017, and this motion was referred to Magistrate Judge Patricia T. Morris. *See* Dkt. No. 36. On October 12, 2017, Magistrate Judge Morris issued a Report and Recommendation recommending that the Court deny Plaintiff's Motion for Injunctive Relief. Dkt. No. 38. There are no objections to Magistrate Judge Morris's Report and

Recommendation, and the time for filing objections has expired.  *See* 28 U.S.C. § 636(b)(1)(C).  Upon review of the Magistrate Judge's Report and Recommendation, the Court finds that the Magistrate Judge has reached the correct conclusion.

Therefore, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Morris's October 12, 2017 Report and Recommendation [38] as this Court's findings of fact and conclusions of law.  Plaintiff's Motion for Injunctive Relief [36] is **HEREBY DENIED**.

**IT IS SO ORDERED.**

Dated:  February 7, 2018                                                         /s/Gershwin A. Drain
                                                                                                GERSHWIN A. DRAIN
                                                                                                United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 7, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk